```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

STEVEN DINENNO, SR., on              :
behalf of Anthony Dinenno, a         :   HONORABLE JOSEPH E. IRENAS
minor,                               :   CIVIL ACTION NO. 08-5903 (JEI/JS)
                                     :
            Plaintiff,               :   **ORDER DENYING LUCKY FIN'S**
                                     :   **MOTION TO STRIKE / MOTION**
     v.                              :   **FOR SUMMARY JUDGMENT**
                                     :        **(Docket #43)**
LUCKY FIN WATER SPORTS, LLC;         :
MARC M. ROY, JR.; and GEORGE         :
DJUKANOVIC, JR.,                     :
                                     :
            Defendants,              :
                                     :
-------------------------------------
                                     :
LUCKY FIN WATER SPORTS, LLC,         :
                                     :
            Third-Party              :
            Plaintiff,               :
                                     :
     v.                              :
                                     :
ROBERT HUGHES,                       :
                                     :
            Third-Party              :
            Defendant.               :

**APPEARANCES:**

WESTMORELAND VESPER & QUATTRONE, P.A.
By: Thomas J. Vesper, Esq.
8025 Black Horse Pike
West Atlantic City, New Jersey 08401
        Counsel for Plaintiff

MCGIVNEY & KLUGER, P.C.
By: Gary J. Intoccia, Esq.
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
        Counsel for Defendant / Third Party Plaintiff Lucky Fin
        Water Sports, LLC

BENNETT, BRICKLIN & SALTZBURG LLC
By: Michael Dolich, Esq.

1601 Market Street, Floor 16
Philadelphia, Pennsylvania 19103
        Counsel for Third Party Defendant Robert Hughes

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Defendant Lucky Fin Water Sports, LLC's Motion to Strike / Motion for Summary Judgment (Docket #43), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

**IT IS** on this 17th day of February, 2011

    **ORDERED THAT:**

    Lucky Fin's Motion to Strike / Motion for Summary Judgment (Docket #43) is hereby **DENIED**.


                                                     s/ Joseph E. Irenas
                                          JOSEPH E. IRENAS
                                          Senior United States District Judge