UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN DINENNO, SR., guardian ad litem for Anthony Dinenno, a minor,<br><br>       Plaintiff,<br><br>  v.<br><br>LUCKY FIN WATER SPORTS, LLC; MARC M. ROY, JR.; and GEORGE R. DJUKANOVIC, JR.,<br><br>       Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 08-5903 (JEI/AMD)<br><br>**ORDER GRANTING JUDGMENT IN FAVOR OF DEFENDANT LUCKY FIN** |

**APPEARANCES:**

WESTMORELAND VESPER & QUATTRONE, P.A.
By:  Thomas J. Vesper, Esq.
Bayport One– Suite 500
8025 Black Horse Pike
West Atlantic City, New Jersey 08401
    Counsel for Plaintiff

MCGIVNEY & KLUGER, P.C.
By:  Gary J. Intoccia, Esq.
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
    Counsel for Defendant Lucky Finn Water Sports, LLC

**IRENAS**, Senior District Judge:

A bench trial as to liability only having been held on

October 17-19, 2011, for the reasons set forth in an Opinion

issued by this Court on even date herewith, and for good cause

appearing;

**IT IS** on this 4th day of November, 2011,

**ORDERED THAT:**

(1)   Judgment shall be entered in favor of Defendant Lucky Fin Water Sports, LLC as to Count One of the Complaint.

(2)   Defendant Lucky Fin's crossclaims for indemnification and contribution against Defendants Marc Roy, Jr. and George Djukanovic, Jr., are hereby **DISMISSED AS MOOT.**

(3)   The Clerk of the Court is hereby directed to **TERMINATE** Lucky Fin as a Defendant and Crossclaimant in this action.


        s/ Joseph E. Irenas
    **JOSEPH E. IRENAS, S.U.S.D.J.**